AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
December 08, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jackson_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Rene Morales (1),<br>Crystal Enfinger (2),<br>Arley Banks (3)<br><br>*Defendant(s)* | Case No. SA:21-MJ-01378 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 7, 2021 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21/846, 841(a)(1)&(b)(1)(A) | Conspiracy to Possession with Intent to Distribute 50 grams or more of Methamphetamine.<br><br>PENALTIES:<br>10 years - life imprisonment; $10,000,000 fine; 5 years SR<br>$100 mandatory special assessment |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature
Brian Smith, TFO, DEA
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: December 8, 2021 at 1:16 p.m.

_____
Judge's signature
Elizabeth S. Chestney, US Magistrate Judge
Printed name and title

City and state: San Antonio, Texas

AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT
===

I, Affiant, Bryan Smith, am a Task Force Officer with the Drug Enforcement Administration (DEA) at the San Antonio District Office and have been so since 2012. I have been employed with the Bexar County Sheriff's Office since February 2003. In 2010, I was assigned to the Bexar County Narcotics Unit and in 2012 to the present, I have been assigned to the DEA San Antonio District Office as a Task Force Officer. I am a Bexar County Deputy Sheriff who has been deputized by the Drug Enforcement Administration as Task Force Officer which allows me to enforce state and federal laws primarily pertaining to narcotics related investigations and/or violations. I have made numerous State and federal arrests for narcotics related violations which have resulted in successful prosecutions.

I have worked on numerous investigations and assisted other federal, state, and local law enforcement agents and officers in their investigations on cases involving violations of Title 21, United States Code, Section 841(a)(1), the manufacture of, distribution of and possession with intent to distribute controlled substances and Title 21, United States Code, Section 846, conspiracy to commit the foregoing. Specifically, those investigations have focused on the manufacture and distribution of marijuana, methamphetamine, heroin, pharmaceutical pills, and cocaine. I am familiar with, and have participated in, all of the conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, search warrants, confidential informants, pen registers, trap and trace, and the use of undercover agents. Through my training and experience, I have become acquainted with the identification of various controlled substances. I have also become acquainted with the various methods used by individuals to possess, transport, and sell controlled substances in violation of federal law.

During the course of being a Narcotics Investigator and DEA Task Force Officer, I have participated in numerous investigations of illicit drug trafficking organizations. These investigations involved the use of confidential informants, wire and physical surveillance, telephone toll analysis, investigative interviews, and the service of search and arrest warrants. These investigations included the unlawful importation, possession with intent to distribute, and distribution of controlled substances, as well as the related laundering of monetary instruments, the conducting of monetary transactions involving the proceeds of specified unlawful activities, and conspiracies associated with criminal narcotics offenses, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

FACTS OF ARREST:

During the month of December 2021, TFO Bryan Smith received information that Rene MORALES was distributing crystal methamphetamine and heroin on the southeast side of San Antonio, Texas.

On December 7, 2021, members of DEA TAG and the Bexar County Sheriff Organized Crime Unit TAG conducted surveillance at MORALES's residence located at ▇▇▇▇▇▇▇▇▇▇▇▇, San Antonio, Texas. During the course of surveillance, a silver Honda sedan arrived to the residence

and a female, later identified as Crystal ENFINGER was observed empty handed entering the residence. Several minutes later, ENFINGER was observed exiting the residence with a plastic bag in hand, entering the driver seat of the Honda sedan, and departed the residence. Surveillance units followed ENFINGER from the residence where ENFINGER failed to utilize her turn signal and had fictitious license plates on her vehicle. BCSO Deputy Richard Calderon who was in full uniform operating a marked BCSO patrol unit initialed a traffic stop on ENFINGR in the area of Loop 410 South and S Presa Street. During the traffic stop, Deputy Calderon learned that ENFINGER did not have a valid Texas Driver License. As the roadside interview continued, ENFINGER indicated that there were narcotics in her vehicle. ENFINGER was detained and a hand search was conducted on the vehicle where approximately 70 grams of crystal methamphetamine, a SCCY 9mm semi-automatic handgun bearing serial# 887012, and $5,500.00 USC of proceeds were recovered.

TFO Smith arrived on location and read ENFINGER her Miranda Rights. ENFINGER stated she understood her rights and agreed to cooperate with law enforcement. ENFINGER stated that she was on currently on parole and knew she was not supposed to be in possession of the firearm. ENFINGER further stated that MORALES called her earlier in the day and said he needed to purchase one (1) kilogram of crystal methamphetamine. ENFINGER stated she arrived to MORALES's residence a short time later and picked up $5,500.00 USC from MORALES to purchase the one (1) kilogram of crystal methamphetamine from her source of supply, Arley BANKS. MORALES compensated ENFINGER with the 70 grams of crystal methamphetamine ENFINGER was in possession of at the time of her arrest. ENFINGER stated she was acting as a middleman between MORALES and BANKS and the price for one (1) kilogram of crystal methamphetamine was $5,500.00 USC. ENFINGER stated that MORALES would typically purchase one (1) kilogram of crystal methamphetamine from BANKS through ENFINGER roughly every other day. According to ENFINGER, BANKS and ENFINGER had been supplying MORALES with kilograms of crystal methamphetamine for the last 2-3 months.

While cooperating with law enforcement, ENFINGER placed a recorded phone call to BANKS. During the recorded phone call, BANKS agreed to give ENFINGER one (1) kilogram of crystal methamphetamine and told ENFINGER to come by BANKS's residence. TFO Smith placed a DEA TFO undercover with ENFINGER as they traveled to BANKS's residence located at ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ San Antonio, Texas. Once arriving to the residence, ENFINGER walked into the residence empty handed. Several minutes later, ENFINGER exited the residence with a bag and entered her vehicle with the DEA UC and departed the residence. ENFINGER and the DEA UC were followed to an undisclosed location. Inside the bag was a gallon sized Ziploc bag containing approximately one (1) kilogram of crystal methamphetamine.

TFO Smith applied for a search warrant for BANKS's residence located at ▓▓▓▓▓▓▓▓▓▓. Bexar County Deputy Brian Wolfe applied for a search warrant for MORALES's residence located at ▓▓▓▓▓▓▓▓▓▓▓▓. At approximately 7:00PM, both search warrants were executed.

DEA TAG executed the search warrant at MORALES's residence. During the execution of the search warrant, MORALES came to the front door with Remington 1911 R1 .45 caliber semi-automatic handgun bearing serial# HVY0137. MORALES was detained without incident and the firearm was recovered. A continued search of the residence, yielded the recovery of

approximately 84.9 grams of crystal methamphetamine and 106 grams of heroin in the left bedroom. Also recovered next to the crystal methamphetamine and heroin was a Taurus .357 revolver bearing serial# ABJ941671. Post Miranda, MORALES claimed ownership of the recovered narcotics and firearms. MORALES is a convicted felon and is prohibited from possessing any firearms.

As BCSO TAG was on the way to execute the search warrant at ▇▇▇▇, BANKS was observed placing an unknown item in the backseat of a Dodge pickup and departed the residence. Surveillance units followed BANKS less than one-half mile from the residence until a marked BCSO K9 unit was utilized to conduct the traffic stop. BCSO TAG executed the search warrant without incident. BANKS was brought back to the residence and was read his Miranda Rights. BANKS refused to cooperate with law enforcement. While searching the Dodge pickup a red tool bag and a black medical bag were located in the back seat. Upon opening the red tool bag, approximately 3.5 kilograms of crystal methamphetamine was recovered along with a small amount of marijuana and THC vape cartridges. Upon opening the black medical bag, approximately 1.5 kilograms of crystal methamphetamine and a loaded Sig Sauer 9mm semi-automatic handgun bearing serial# 52A045161. There were no other items in the backseat of the pickup.

While searching ▇▇▇▇, a loaded Glock 9mm Model 19X bearing serial# ADNZ411 was recovered in the rear right bedroom. Also recovered in the same bedroom was bulk USC that was vacuum sealed and placed inside of a yellow Pelican type box. BANKS self-admitted that he was a convicted felon and is also on state bond for an assault charge.

All crystal methamphetamine field tested positive for methamphetamine and was entered into the DEA SADO Drug evidence vault for safe keeping. All heroin field tested positive for heroin and was entered into the DEA SADO Drug evidence vault for safe keeping.

At the conclusion of the investigation, BANKS, ENFINGER, and MORALES were transferred to the Bexar County Jail South Tower pending their initial hearings before a federal magistrate. This offense occurred in Bexar County which is in the Western District of Texas.

Affiant further sayeth not.

_____
TFO Bryan Smith, DEA

Subscribed and Sworn to on this 8th day of December, 2021.

_____
ELIZABETH S. CHESTNEY
US MAGISTRATE JUDGE